OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ) PITNEY BOWES

ZIP 78701
02 1W
0001401603 OCT 07 2945
$ 000.27⁵

WR-83,692-01

**10/6/2015**
**OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-11-206666-A**
On this day, this Court has denied "DEFENDANT'S MOTION TO EXTEND TIME
TO FILE MOTION FOR REHEARING"

Abel Acosta, Clerk



TRINIDAD OPORTA
SOUTH TEXAS DETENTION COMPLEX
566 VETERAN DRIVE
PEARSALL, TX 78601

U T F